UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   P 2: 25

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff  )<br>  )<br>vs.  )<br>  )<br>Marcelo Lopez-Gomez  )<br>  )<br>Defendant(s)  ) | CRIMINAL NO. 08mj1202<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Eladio Santos-Luna

DATED: 5-1-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by Rhee Rhne
  Deputy Clerk