**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BORREGO SPRINGS BANK v. CHP VENTURES        Case No. 07cv1832 JLS(RBB)
                                            **Time Spent:  15 mins.**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE        Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| George Lazar (present) | Cindy Cipriani (present) |
|  | Mark Maasch (present) |
|  | Neal Panish (present) |
|  | Todd Hyatt (present) |

PROCEEDINGS:  ____ In Chambers   ____ In Court   _x_ Telephonic

A telephonic settlement conference was held.

Counsel for Plaintiff shall submit a report on the status of settlement to Judge Brooks's chambers by June 13, 2008, at 12:00 p.m.

DATE: June 6, 2008        IT IS SO ORDERED: *Ruben Brooks*
                                            Ruben B. Brooks,
                                            U.S. Magistrate Judge
cc: Judge Sammartino         INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\BORREGO1832\Minutes09.wpd