1 **JOHN C. ELLIS, JR.**
California State Bar No. 228083
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 john_ellis@fd.org

5 Attorneys for Mr. Lopez-Gomez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 08cr1397-JLS |
| 12 Plaintiff, | |
| 13 v. | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| 14 MARCELO LOPEZ-GOMEZ, | |
| 15 Defendant. | |

17     Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., counsel for Marcelo Lopez-Gomez, along with Assistant United States Attorney Joseph Orabona, that the sentencing hearing set for August 29, 2008 at 9:00 a.m. be rescheduled to **Friday, October 10, 2008, at 9:00 a.m.**

                                        Respectfully submitted,

24 DATED:      July 29, 2008         */s/ John C. Ellis, Jr.*
                                     **JOHN C. ELLIS, JR.**
25                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Marcelo Lopez-Gomez

27 DATED:      July 29, 2008         */s/ Joseph Orabona*
                                     **JOSEPH ORABONA**
                                     Assistant United States Attorney
28                                   joseph.orabona@usdoj.gov