UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr1397-JLS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MARCELO LOPEZ-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Sentencing has been electronically served this day upon:

> Joseph Orabona, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

| | |
|---|---|
| Dated: July 29, 2008 | /s/ John C. Ellis, Jr. |
| | JOHN C. ELLIS, JR. |
| | Federal Defenders |
| | 225 Broadway, Suite 900 |
| | San Diego, CA 92101-5030 |
| | (619) 234-8467  (tel) |
| | (619) 687-2666  (fax) |
| | E-mail: john_ellis@fd.org |