UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1397-JLS |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| MARCELO LOPEZ-GOMEZ, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing now scheduled for August 29, 2008, at 9:00 a.m. be continued to **Friday, October 10, 2008, at 9:00 a.m.**

**IT IS SO ORDERED**.

DATED: July 31, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge